# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/25/2023 |
| Case: 1−23−42590−ess | Form ID: 245 | Total: 13 |

**Recipients of Notice of Electronic Filing:**
aty          Lawrence Morrison          lmorrison@m−t−law.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Harpers Ferry Hospitality, LLC          1043 44th Drive          Long Island City, NY 11101
smg          United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave. NW          Washington, DC 20220
smg          NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg          NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004−1408
10219647     10−43 44th Drive, LLC          c/o Joseph R. Boungiorno & Associates, P          250 Mineola Blvd          Mineola, NY 11501
10219648     Alexandra Germanis          c/o Sacco & Fillas, LLP          42−40 Bell Boulevard, Suite 301          Bayside, NY 11361
10219650     IRS          PO Box 7346          Philadelphia, PA 19101
10219649     Irene Batas          c/o Joseph R. Boungiorno & Associates, P          250 Mineola Blvd          Mineola, NY 11501
10219651     NYS Dept. of Tax & Finance          Bankruptcy Section PO Box 5300          Albany, NY 12205

TOTAL: 12