# Notice Recipients

| District/Off: 0207−1 | User: admin | Date Created: 7/25/2023 |
|---|---|---|
| Case: 1−23−42590−ess | Form ID: 309F1 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Harpers Ferry Hospitality, LLC | 1043 44th Drive | Long Island City, NY 11101 |
| aty | Lawrence Morrison | 87 Walker Street    Second Floor | New York, NY 10013 |
| smg | United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 | | |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | | |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346 | | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 | | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 | | |
| 10219647 | 10−43 44th Drive, LLC    c/o Joseph R. Boungiorno & Associates, P    250 Mineola Blvd    Mineola, NY 11501 | | |
| 10219648 | Alexandra Germanis    c/o Sacco & Fillas, LLP    42−40 Bell Boulevard, Suite 301    Bayside, NY 11361 | | |
| 10219650 | IRS    PO Box 7346    Philadelphia, PA 19101 | | |
| 10219649 | Irene Batas    c/o Joseph R. Boungiorno & Associates, P    250 Mineola Blvd    Mineola, NY 11501 | | |
| 10219651 | NYS Dept. of Tax & Finance    Bankruptcy Section PO Box 5300    Albany, NY 12205 | | |

TOTAL: 13